1
2
3
4
5
6
7

**TROUTMAN SANDERS LLP**
Jessica Lohr, Bar No. 302348
E-mail: jessica.lohr@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614
Telephone:   (858) 509-6000
Facsimile:    (858) 509-6040

Attorney for Defendant John C. Heath
Attorney at Law, PLLC dba Lexington
Law Firm

8
9

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

10
11

**Western Division**

12
13

**TERRY FABRICANT and ABANTE
ROOTING AND PLUMBING INC.**

14

                    **Plaintiff,**

15

           **v.**

16

**LEXINGTON LAW FIRM,**

17

                    **Defendant.**

18
19
20
21
22
23
24
25
26
27
28

**CASE NO.**



**NOTICE OF REMOVAL BY
DEFENDANT JOHN C. HEATH
ATTORNEY AT LAW,
PLLC dba LEXINGTON LAW FIRM**

- 1 -

1
2
3
4
5
6
    Defendant John C. Heath Attorney at Law, PLLC dba Lexington Law Firm ("Lexington Law"),[1] by and through undersigned counsel, hereby removes Case No. LC107076 from the Superior Court of the State of California for the County of Los Angeles (the "Civil Action") to the United States District Court for the Central District of California, Western Division.  Removal of the Civil Action to this Court is proper for the following reasons:

7
8
9
10
    1.    On or about April 4, 2018, Plaintiffs Terry Fabricant and Abante Rooting and Plumbing Inc. (collectively, "Plaintiffs") filed their Complaint in the Civil Action.  Copies of all process, pleadings, and orders served on Lexington Law in the Civil Action are attached to this Notice of Removal as **Exhibit A**.

11
12
13
    2.    The Summons and Complaint in the Civil Action were served on Lexington Law on or about April 10, 2018.  Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

14
15
16
    3.    Lexington Law is the only named Defendant in this case; thus, all Defendants to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 have joined in or consented to removal of the Civil Action.

17
18
19
20
    4.    The Civil Action involves a controversy over which this District Court has original jurisdiction because it is founded in a claim or right arising under the Constitution, treaties or laws of the United States, and is removable without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. § 1441(c).

21
22
23
24
25
26
    5.    Plaintiffs' Complaint involves claims arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (*See* Compl. ¶ 1.)  Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by Lexington Law under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties or laws of the

27
28

---

[1] Plaintiffs name "Lexington Law Firm" as the defendant in his Complaint.  The full name of the proper entity is John C. Heath Attorney at Law, PLLC dba Lexington Law Firm.

NOTICE OF REMOVAL

1  United States and is removable without regard to citizenship or residence of the
2  parties under 28 U.S.C. § 1441.

3       6.     No proceedings have occurred in the Civil Action as of the date of this
4  Notice of Removal.  Lexington Law has not filed a response to the Complaint.
5  Lexington Law hereby reserves any and all rights to assert any and all defenses
6  and/or objections to the Complaint.  Lexington Law further reserves the right to
7  amend or supplement this Notice of Removal.

8       7.     Venue for this case lies in the United States District Court for the
9  Central District of California, Western Division, pursuant to 28 U.S.C. § 1441(a),
10  because the Civil Action was filed within this District and Division and the case is
11  being removed from Los Angeles County, California.

12       8.     Promptly after the filing of this Notice of Removal, Lexington Law
13  shall give written notice of the removal to the Plaintiffs and will file a copy of this
14  Notice of Removal with the Clerk of the Superior Court for the County of Los
15  Angeles, California, as required by 28 U.S.C. § 1446(d).

16       For the reasons stated above, this Civil Action is properly removed to this
17  District Court.

18  Dated:  May 10, 2018                    TROUTMAN SANDERS LLP

20                                          By: _/s/ Jessica R. Lohr_____
21                                              Jessica R. Lohr

22                                          Attorney for Defendant,
23                                          JOHN C. HEATH ATTORNEY AT
                                            LAW, PLLC dba LEXINGTON LAW
24                                          FIRM

- 3 -
NOTICE OF REMOVAL

1

## **CERTIFICATE OF SERVICE**

2         I hereby certify that on the 10th day of May, 2018 I served the foregoing by

3    U.S. regular mail and electronic mail on the following:

4

5    Todd M. Friedman
tfriedman@toddflaw.com

6    Adrian R. Bacon
abacon@toddflaw.com

7    Law Offices of Todd M. Friedman, P.C.

8    21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367

9    Phone:  (877) 206-4741

10   Facsimile:  (866) 633-0228
*Attorneys for Plaintiffs*

11

12                         /s/ *Jessica R. Lohr*
                          Jessica R. Lohr

13

14                          Attorney for Defendant, JOHN C.
                          HEATH ATTORNEY AT LAW,

15                          PLLC dba LEXINGTON LAW FIRM

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL