**TROUTMAN SANDERS LLP**
Jessica Lohr, Bar No. 302348
E-mail: jessica.lohr@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614
Telephone:   (858) 509-6000
Facsimile:    (858) 509-6040

Attorney for Defendant John C. Heath
Attorney at Law, PLLC dba Lexington
Law Firm

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| TERRY FABRICANT, | CASE NO.:  2:18-cv-03916 |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| LEXINGTON LAW FIRM, | |
| Defendant. | |

1     Defendant John C. Heath Attorney at Law, PLLC dba Lexington Law Firm ("Lexington"), by counsel, hereby submits the following Notice of Settlement. Lexington and Plaintiff Terry Fabricant have reached an agreement to settle the above-captioned matter in full and are in the process of executing a settlement agreement. A stipulation of dismissal will be filed with the Court upon the parties' full execution of the settlement agreement.

Dated: September 10, 2018             TROUTMAN SANDERS LLP

By: */s/ Jessica R. Lohr*

Jessica R. Lohr

Attorney for Defendant,
JOHN C. HEATH ATTORNEY AT LAW, PLLC dba LEXINGTON LAW FIRM

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2018, to the below counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

> Todd M. Friedman
> tfriedman@toddflaw.com
> Adrian R. Bacon
> abacon@toddflaw.com
> Law Offices of Todd M. Friedman, P.C.
> 21550 Oxnard Street, Suite 780
> Woodland Hills, CA 91367
> Phone: (877) 206-4741
> Facsimile: (866) 633-0228
> *Attorneys for Plaintiff*

> /s/ *Jessica R. Lohr*
> Jessica R. Lohr
>
> Attorney for Defendant, JOHN C. HEATH ATTORNEY AT LAW, PLLC dba LEXINGTON LAW FIRM