# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTING AND PLUMBING, INC., <br><br>Plaintiff, <br><br>v. <br><br>LEXINGTON LAW FIRM, <br><br>Defendant. | ) Case No. <br> ) <br> ) <br> ) 2:18-cv-03916-PA-E <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this:__November 01, 2018____

_____
Honorable Judge of the District Court

Order to Dismiss - 1